UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MISSOURI COALITION FOR THE ENVIRONMENT FOUNDATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 2:19-cv-4215-NKL<br>) |
| ANDREW WHEELER, in his official capacity as the Administrator of the United States Environmental Protection Agency, | )<br>)<br>)<br>)<br>) |
| Defendant., | )<br>) |
| and the STATE OF MISSOURI, | )<br>) |
| Intervenor-Defendant. | ) |

## INTERVENOR-DEFENDANT STATE OF MISSOURI MOTION FOR LEAVE TO FILE A MOTION IN EXCESS OF THE TEN PAGE LIMIT

Intervenor-Defendant the State of Missouri ("Missouri") by and through the undersigned counsel, respectfully request leave to file a motion in excess of the ten page limit, as set forth by Local Rule(s) 7.0(d) and 15.1, and in support thereof, states as follow:

1. Intervenor-Defendant is filing their Reply Suggestions in Support of its Cross-Motion for Summary Judgment.

2. In order to properly support their Reply and respond to the points raised by the Plaintiff in its Response to Intervenor-Defendant's Cross-Motion for Summary Judgment, Missouri respectfully request leave of Court to file its Reply Suggestions in excess of the ten page requirement as set forth in Local Rule 7.0(d).

3. Intervenor-Defendant respectfully requests an additional five (5) pages in its Reply Suggestions in Support of its Cross-Motion for Summary Judgment.

1

WHEREFORE, Missouri respectfully requests that the Court grant this motion for leave to permit Missouri to file its Reply Suggestions in excess of the ten page limit not to exceed 15 pages, not including the items excluded from the page limitation pursuant to Local Rule 56.1, and for such other relief as this Court deems just and proper.

Dated: Jan. 14, 2021

Respectfully submitted,

**ERIC S. SCHMITT**,
Attorney General of Missouri

*/s/ Richard N. Groeneman*
Richard N. Groeneman, Federal Bar #57157MO
 Assistant Attorney General
Justin D. Smith, Mo Bar #63253
 Deputy Attorney General – Special Litigation
Timothy Duggan, Mo Bar #27827
 Assistant Attorney General

Attorney General's Office of Missouri
Post Office Box 899
Jefferson City, MO 65102
Richard.Groeneman@ago.mo.gov
Tim.Duggan@ago.mo.gov
Justin.Smith@ago.mo.gov
(573) 751-0304
(573) 751-9802
(314) 340-7834

*Counsel for Intervenor-Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 14, 2021, the foregoing was filed electronically through the Court's electronic filing system to be served electronically on all parties.

*/s/ Richard N. Groeneman*
Assistant Attorney General
Federal Bar No. 57157MO